# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00645-CV

**In re Louis Confer**

## ORIGINAL PROCEEDING FROM CALDWELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Louis Confer, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus seeking credit for jail time. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. We deny the petition. *See* Tex. R. App. P. 52.8.

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed: October 6, 2016